No. 15,058.

EADES *v.* OLATHE POTATO GROWERS COOPERATIVE
ASSOCIATION.
(134 P. [2d] 1068)

Decided February 1, 1943.

Judgment affirmed in department without written opinion, Mr. Chief Justice Young, Mr. Justice Bakke, Mr. Justice Burke and Mr. Justice Jackson participating.

Messrs. MOYNIHAN-HUGHES-SHERMAN, for plaintiff in error.

Messrs. LINDSEY & LARWILL, Messrs. BRYANT & STUBBS, for defendant in error.